**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02339-LTB

ANDRE BARTON,

    Plaintiff,

v.

DEPUTY ECHEART, Adams County Jail,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's motion seeking relief from judgment (ECF No. 11) filed on October 3, 2012, is DENIED because Plaintiff fails to demonstrate any connection between his allegations that prison officials tampered with his mail in July 2011 and the dismissal of this action in October 2011.

Dated:  October 5, 2012