**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02339-LTB

ANDRE BARTON,

    Plaintiff,

v.

DEPUTY ECHEART, Adams County Jail,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's excusable neglect motion (ECF No. 13) filed on October 31, 2012, is DENIED because it is not clear what relief Plaintiff may be seeking.

Dated:  October 31, 2012