**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02339-LTB

ANDRE BARTON,

    Plaintiff,

v.

DEPUTY ECHEART, Adams County Jail,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's motion (ECF No. 27) is DENIED.

Dated:  November 20, 2012