**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02339-LTB

ANDRE BARTON,

      Plaintiff,

v.

DEPUTY ECHEART, Adams County Jail,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Plaintiff's motion (ECF No. 34) is DENIED because this action is closed.  If Plaintiff wishes to pursue any claims, he must commence a new action.

Dated:  March 13, 2015