**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02339-LTB

ANDRE BARTON,

      Plaintiff,

v.

DEPUTY ECHEART, Adams County Jail,

      Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Plaintiff's motion (ECF No. 39) will not be considered and is DENIED because this action is closed.  If Plaintiff wishes to pursue any claims, he must commence a new action.

Dated:  March 27, 2015